**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN SIEGEL,<br><br>Plaintiff,<br><br>v.<br><br>ARES CAPITAL MANAGEMENT LLC,<br><br>Defendant. | No. 26 Civ. 4371<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES** |
| STEVEN SIMONS, Derivatively on Behalf of ARES CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARES CAPITAL MANAGEMENT LLC,<br><br>Defendant,<br><br>and<br><br>ARES CAPITAL CORPORATION,<br><br>Nominal Defendant. | No. 26 Civ. 8177 |

WHEREAS, the above-captioned actions (the "Actions") consist of actions brought by Martin Siegel and Steven Simons (collectively, "Plaintiffs") filed in this Court and/or transferred to this Court and each alleging claims under Section 36(b) of the Investment Company Act against Defendant Ares Capital Management LLC;

WHEREAS, Defendant denies any and all allegations in the Actions and reserves all rights and defenses;

WHEREAS, all parties agree that the Actions should be consolidated pursuant to Fed. R. Civ. P. 42(a) to help ensure consistent rulings and decisions and to avoid unnecessary duplication of effort;

WHEREAS, Plaintiffs have reached agreement on the appointment of lead counsel for all Plaintiffs, subject to the Court's approval;

WHEREAS, Defendant takes no position with respect to the appointment of lead counsel for Plaintiffs;

WHEREAS, the parties conferred regarding a proposed schedule for the Actions, including an agreed briefing schedule for Defendant's motion to dismiss, subject to the Court's approval;

IT IS ACCORDINGLY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The Actions, styled as *Siegel v. Ares Capital Management LLC*, No. 26 Civ. 4371 (JHR) and *Simons v. Ares Capital Management, LLC, et al.*, No. 26 Civ. 8177 (LAP) are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) (the "Consolidated Action").

2. Every pleading filed in the Consolidated Action, or in any separate action included therein, shall bear the following caption:

| | |
|---|---|
| IN RE ARES CAPITAL MANAGEMENT INVESTMENT COMPANY ACT LITIGATION | No. 26 Civ. 4371 (JHR) |

3. The files of the Consolidated Action shall be maintained in one file under 26 Civ. 4371 (JHR).

4. This Order and, unless otherwise specified, all other orders entered in the Consolidated Action, shall apply to the Consolidated Action and any other actions filed in,

removed to, or transferred to this District, that relate to Ares Capital Management LLC and the subject matter of the Consolidated Action. The parties shall notify the Court regarding the filing of any action that might properly be consolidated as part of the Consolidated Action.

5. As requested by Plaintiffs, the law firms of Grant & Eisenhofer P.A., Bernstein Litowitz Berger & Grossmann LLP, and Woolery & Co. PLLC are hereby appointed as Lead Counsel for Plaintiffs in the Consolidated Action ("Plaintiffs' Lead Counsel").

6. Defendants take no position on counsel appointments set forth above.

7. Plaintiffs' Lead Counsel will be responsible for litigating the Action on behalf of all Plaintiffs. No work shall be undertaken by any other counsel for any Plaintiff absent the express advance authorization of Plaintiffs' Lead Counsel and any such work must not be duplicative of the work of Plaintiffs' Lead Counsel.

8. A requested by Plaintiffs, the Amended Complaint filed on September 22, 2026 in *Siegel v. Ares Capital Management LLC*, No. 26 Civ. 4371 (JHR) (ECF 24) is hereby deemed as the operative complaint in the Action. Defendant is not required to respond to any of the other complaints filed in the Actions.

9. The following briefing schedule shall apply to Defendant's response to the Amended Complaint:

a. Defendant shall answer, move, or otherwise respond to the amended complaint on or before December 15, 2026;

b. Plaintiff shall file an opposition to any motion to dismiss on or before February 16, 2027; and

c. Defendant shall file a reply on or before April 6, 2027;

STIPULATED AND AGREED BY AND BETWEEN:

Dated: October 22, 2026

**GRANT & EISENHOFER P.A.**

*/s/ Meagan A. Farmer*
Meagan A. Farmer
James S. Notis
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646-722-8500
mfarmer@gelaw.com
jnotis@gelaw.com

Michael J. Barry
Christine M. Mackintosh
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
mbarry@gelaw.com
cmackintosh@gelaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Mark Lebovitch
Katherine M. Sinderson
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-554-1519
markl@blbglaw.com
katiem@blbglaw.com

**WOOLERY & CO. PLLC**
James Woolery
Derick Pillai
20 East 49th Street
New York, NY 10017
Tel: 212-287-7377
james@wooleryco.com
derick@wooleryco.com

*Counsel for Plaintiff Martin Siegel in No. 26 Civ. 4371 (JHR)*

**KIRKLAND & ELLIS LLP**

*/s/ Sandra C. Goldstein*
Sandra C. Goldstein, P.C.
Alexander J. Rodney, P.C.
Byron Pacheco
Jacob M. Rae
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com
byron.pacheco@kirkland.com
jacob.rae@kirkland.com

*Counsel for Ares Capital Management LLC*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Brian E. Cochran*

Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
bcochran@rgrglaw.com

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
Michael J. Nicoud
Michelle H. Nguyen
5060 Shoreham Place, Suite 300
San Diego, CA 92101
Tel: 619-525-3990
brobbins@robbinsllp.com
soddo@robbinsllp.com
mnicoud@robbinsllp.com
mnguyen@robbinsllp.com

**SILVERMAN THOMPSON SLUTKIN & WHITE LLC**
William N. Sinclair
400 East Pratt Street, Suite 900
Baltimore, MD 21201
Tel: 410-385-2225
bsinclair@mdattorney.com

*Counsel for Plaintiff Steven Simons in No. 26 Civ. 8177 (LAP)*

IT IS SO ORDERED.

DATED: October 27, 2026

Jennifer H. Rearden

THE HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE